CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 24 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHARLIE C. KEMP, JR., | Civil Action No. 7:11cv00535 |
| Plaintiff, | |
| v. | **FINAL ORDER** |
| VOLVO GROUP NORTH AMERICA, INC., | |
| | By: Samuel G. Wilson |
| Defendant. | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that the defendant's motion for summary judgment is **GRANTED**.

**ENTER:** January 24, 2013.

/s/
UNITED STATES DISTRICT JUDGE